**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00215-CR

### JAMIE MANGRAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0713817-Q**

## ORDER

The Court **REINSTATES** the appeal.

On June 18, 2013, we ordered the trial court to make findings regarding how and when appellant's pro se notice of appeal was filed. We **ADOPT** the trial court's findings that: (1) the trial court received an affidavit from Tammy Shelby of the Texas Department of Criminal Justice; (2) Ms. Shelby's affidavit stated that appellant delivered his notice of appeal to the prison authorities for mailing on or before February 4, 2013; (3) the envelope in which the notice of appeal was mailed was addressed to the "Court of Appeals, Supreme Court Building, (unreadable number), Capitol Station, Austin, Texas (unreadable zip code)"; and (4) appellant's notice of appeal was not properly addressed to the Fifth District Court of Appeals.

Based on the finding that appellant's notice of appeal was not properly addressed or sent to the proper clerk, *see* TEX. R. APP. P. 9.2(b), 25.2(c)(1); *Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010), we will dispose of the appeal in due course.

/s/    DAVID EVANS
JUSTICE